UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETIREMENT BOARD OF THE POLICEMEN'S ANNUITY AND BENEFIT FUND OF THE CITY OF CHICAGO, WESTMORELAND COUNTY EMPLOYEE RETIREMENT SYSTEM, CITY OF GRAND RAPIDS GENERAL RETIREMENT SYSTEM, and CITY OF GRAND RAPIDS POLICE AND FIRE RETIREMENT SYSTEM (on Behalf of Themselves and Similarly Situated Certificate Holders),<br><br>                   Plaintiffs,<br><br>                 v.<br><br>THE BANK OF NEW YORK MELLON, (as Trustee Under Various Pooling and Servicing Agreements),<br><br>                 Defendant. | **Case No. 11-cv-05459-WHP**<br><br>**Honorable William H. Pauley**<br><br>**ECF Case** |

## CORPORATE DISCLOSURE STATEMENT
## OF THE BANK OF NEW YORK MELLON

The Bank of New York Mellon ("BNY Mellon"), through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, files this corporate disclosure statement identifying all of its publicly held parent corporations and all publicly held companies that directly or indirectly own, control, or hold, with power to vote, ten percent or more of BNY Mellon's outstanding voting securities. Regarding the foregoing, BNY Mellon represents as follows:

      1.      BNY Mellon is a wholly owned subsidiary of The Bank of New York Mellon Corp.

      2.      The Bank of New York Mellon Corp. is a corporation organized and existing under the laws of Delaware.

3. No publicly held company directly or indirectly owns, controls, or holds, with power to vote, 10 percent or more of The Bank of New York Mellon Corp.'s outstanding securities.

4. The undersigned certifies that the foregoing is true and correct.

DATED: New York, New York
December 16, 2011

                                                   s/Matthew D. Ingber
MAYER BROWN LLP
Matthew D. Ingber
Christopher J. Houpt
1675 Broadway
New York, New York 10019
(212) 506-2500

*Attorneys for Defendant*
*The Bank of New York Mellon*