UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETIREMENT BOARD OF THE POLICEMEN'S ANNUITY AND BENEFIT FUND OF THE CITY OF CHICAGO, WESTMORELAND COUNTY EMPLOYEE RETIREMENT SYSTEM, CITY OF GRAND RAPIDS GENERAL RETIREMENT SYSTEM, and CITY OF GRAND RAPIDS POLICE AND FIRE RETIREMENT SYSTEM (on Behalf of Themselves and Similarly Situated Certificate Holders), <br><br>　　　　　　　　　Plaintiffs, <br><br>　　　　　v. <br><br>THE BANK OF NEW YORK MELLON, (as Trustee Under Various Pooling and Servicing Agreements), <br><br>　　　　　　　　　Defendant. | Case No. 11-cv-05459-WHP <br><br> Honorable William H. Pauley <br><br> ECF Case |

### NOTICE OF MOTION

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Matthew D. Ingber, executed on December 16, 2011, with exhibits, Defendant The Bank of New York Mellon will move this Court, before the Honorable William H. Pauley, at the courthouse located at 500 Pearl Street, New York, New York, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing the Amended Complaint.

　　　　PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Scheduling Order dated November 8, 2011, opposition papers, if any, shall be served on Defendant The Bank of New York Mellon by January 13, 2012. Reply papers shall be served by January 20, 2012.

Dated: December 16, 2011
　　　　New York, New York

　　　　　　　　　　　　　　　　　MAYER BROWN LLP

　　　　　　　　　　　　　　　　　/s/ Matthew D. Ingber_____
　　　　　　　　　　　　　　　　　Matthew D. Ingber

                                                Christopher J. Houpt  
                                                1675 Broadway  
                                                New York, NY 10019  
                                                Telephone:  (212) 506-2695  
                                                Facsimile:  (212) 849-5695  

                                                *Attorneys for Defendant*  
                                                *The Bank of New York Mellon*

TO:    Beth Kaswan, Esq.  
          Max Schwartz  
          Scott+Scott LLP  
          500 5th Avenue, 40th Floor  
          New York, NY 10110  

          *Attorneys for Plaintiffs*