UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RETIREMENT BOARD OF THE
POLICEMEN'S ANNUITY AND BENEFIT
FUND OF THE CITY OF CHICAGO, *et al.* (on
Behalf of Itself and Similarly Situated Certificate
Holders),

     Plaintiffs,

- against -

THE BANK OF NEWE YORK MELLON (as
Trustee Under Various Pooling and Servicing
Agreements),

     Defendant.

Civil Action No. 1:11-cv-05459-WHP



[~~~~~~~~~~~] SECOND REVISED SCHEDULING ORDER

Fact discovery ends: August 26, 2013.

Items 4 through 13 of the Revised Scheduling Order ("Expert class certification reports" through "Class certification hearing") are deleted.

The parties are directed to confer and submit a joint letter to the Court addressing the remainder of the case management schedule by no later than September 6, 2013.

       SO ORDERED:

       _____
       William H. Pauley III
       U.S.D.J.

Dated: New York, New York
    April 4, 2013