S.D.N.Y.–N.Y.C.
11-cv-5459
Pauley, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand thirteen.

Present:
> José A. Cabranes,
> Richard C. Wesley,
> J. Clifford Wallace,*
> > *Circuit Judges*.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: May 14, 2013 |

Retirement Board of the Policemen's Annuity and Benefit Fund of the City of Chicago (on Behalf of Itself and Similarly Situated Certificate Holders), *et al.*,

> *Petitioners - Cross - Respondents*,

v.

The Bank of New York Mellon (as Trustee Under Various Pooling and Servicing Agreements),

> *Respondent - Cross - Petitioner*.

13-661 (L);
13-664 (Xap)

The Petitioners and Cross-Petitioner, through counsel, petition, pursuant to 28 U.S.C. § 1292(b), for leave to appeal an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED, and the appeals will proceed in tandem. It is further ORDERED that the motions of the Securities Industry and Financial Markets Association, the

---

*Judge J. Clifford Wallace, of the United States Court of Appeals for the 9th Circuit, sitting by designation.

CERTIFIED COPY ISSUED ON 05/14/2013

Clearing House Association L.L.C., the American Bankers Association and the New York Bankers Association are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit