# EXHIBIT I

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
RETIREMENT BOARD OF THE POLICEMEN'S
ANNUITY AND BENEFIT FUND OF THE CITY
OF CHICAGO, WESTMORELAND COUNTY
EMPLOYEE RETIREMENT SYSTEM, CITY OF
GRAND RAPIDS GENERAL RETIREMENT
SYSTEM, and CITY OF GRAND RAPIDS
POLICE AND FIRE RETIREMENT SYSTEM (on
Behalf of Themselves and Similarly
Situated Certificate Holders),

                       Plaintiffs,

    Vs.

THE BANK OF NEW YORK MELLON, (as
Trustee Under Various Pooling and
Servicing Agreements),

                       Defendant.
---------------------------------------x


VIDEOTAPE DEPOSITION OF SAMUEL KUNZ

New York, New York

July 9, 2013

9:39  a.m.


Reported by:
ERICA L. RUGGIERI, RPR, CSR, CLR
JOB NO: 30477

132

1        SAMUEL KUNZ
2   other documents.
3        Q.   Do you know what the fund is
4   alleging as its total damages?
5        A.   I think we already gave the
6   answer to the interrogatory document.
7        Q.   Okay.  Do you know what that
8   number is?  Ballpark.
9        A.   Yeah.  It's -- for the fund or
10  for the class action?
11       Q.   For the fund.
12       A.   Again, it was I think detailed
13  in the answer our lawyers provided to you.
14       Q.   Okay.  So as you sit here today
15  you don't recall it?
16       A.   I think it's in the millions but
17  I don't remember how much.
18       Q.   And do you know how that loss
19  was calculated?
20       A.   No.
21       Q.   Do you have any idea of the
22  methods that were used to calculate the
23  loss?
24            MS. WEINTRAUB:  I'm going to
25       object to the form.

133

1              SAMUEL KUNZ
2       A.   Again, I mean I need to refer to
3  the answers we provided you.  I don't know
4  how the -- the loss was calculated.
5       Q.   Do you know who was involved in
6  calculating the losses?
7       A.   No.
8       Q.   Did any discussions take place
9  at the fund to determine what the losses
10 that the fund suffered as a result of its
11 investment in the Countrywide trust, do
12 you know if there were any discussions
13 about it?
14           MS. WEINTRAUB:  Well, I'm going
15      to direct the witness not to answer to
16      the extent that this answer would
17      disclose attorney-client privileged
18      communications.
19           But if you have any information
20      outside of attorney-client privileged
21      discussions, you may answer.
22      A.   No.  Can you please -- I'm sorry
23 to do --
24      Q.   Let me put it again.  At any
25 investment committee meeting or board

143

1          SAMUEL KUNZ
2    answered.
3            Generally, who does the bank
4    seem to represent in this action, in this
5    lawsuit?  Who is the class?
6        A.   You said the bank seek to
7    represent?
8        Q.   I'm sorry.  Who does -- I
9    apologize.  Who do the plaintiffs, who
10   does the --
11           MS. WEINTRAUB:  The fund.
12       Q.   -- the fund seek to represent?
13       A.   It's holder of the certificates
14   that are listed in the complaint.
15       Q.   And do you know what the class
16   period is, how far back it goes?
17       A.   I would have to look at the
18   documents again.  I don't remember.
19       Q.   How did the fund become involved
20   in this lawsuit?  What was the process as
21   you know it?  And again, I'm not asking
22   for privileged communications, but how is
23   it that the fund decided to -- describe
24   for me the process that took place that
25   led to the fund ultimately filing suit?

144

1          SAMUEL KUNZ

2     A.    I'm not sure I can speak to that
3  case specifically because I was not in the
4  room when they had discussion about the
5  specific case.  Usually we have lawyers
6  presenting their case or presenting a case
7  in front of the board.  And then we have
8  some threshold that's not hard but we have
9  a threshold in terms of estimated loss and
10 if it's above a certain threshold the
11 board then decides based on the evidence
12 presented by the lawyers if they want to
13 pursue a case or not.
14      Q.   What is the fund's threshold on
15 estimated loss?
16      A.   I think it's a million dollar.
17      Q.   One million?
18      A.   Yes.
19      Q.   Now, do you know whether the
20 fund reached out to counsel to decide
21 whether or not to engage in this process
22 or whether counsel reached out to the
23 fund?
24      A.   I don't know.  But I assume that
25 counsel reached out to the fund.

149

1        SAMUEL KUNZ
2      A.   Well, trying to again act as a
3  fiduciary for the -- the rest of the
4  plaintiffs.
5      Q.   Are there any potential
6  plaintiffs whom you feel you couldn't
7  represent?
8      A.   Not that I'm aware of.
9      Q.   I'm going to turn to topic 9.
10     A.   Okay.
11     Q.   And that's with respect to
12 supervision of this action?
13     A.   Yes.
14     Q.   So with respect to supervising
15 this action does the fund -- well, why
16 don't you tell me what the fund does.
17     A.   Well, it stays in contact with
18 our lawyers through e-mail, phone
19 conversations and face-to-face meetings.
20     Q.   Does anyone at the fund or the
21 board review court filings?
22     A.   Our executive director and our
23 lawyer.
24     Q.   Does anyone at the fund review
25 depositions?

150

1              SAMUEL KUNZ
2       A.    That I'm not sure.  I don't
3  know.  Might be.
4       Q.    I take it someone at the fund
5  has reviewed the complaint?
6       A.    Yes.
7       Q.    Reviewed motion papers?
8       A.    Yes.
9       Q.    Has anyone at the fund reviewed
10 documents produced by the Bank of New
11 York?
12      A.    That I don't know.
13      Q.    Has anyone at the fund reviewed
14 documents produced by third parties?
15      A.    I have to assume our lawyers has
16 reviewed them.  Might be our executive
17 director but I don't know for sure.
18      Q.    Okay.  I'm going to go back --
19 going back to an old document, it's the
20 fiduciary duty and ethics educational
21 session.  Kunz 2.  This is our last
22 document for today.  So to recap, you
23 recall seeing this document back in May of
24 2009, correct?
25      A.    Yes.