# EXHIBIT C

1:11-cv-05459-WHP
SDNY

Retirement Board Of The Policemen's Annuity and Benefit Fund Of The City Of Chicago v.
The Bank of New York Mellon

Defendant's
BNYM Productions

| Production Date | Bates Range | Comments | Number of Docs | Total Pages | Natives |
|---|---|---|---|---|---|
| Wednesday, February 29, 2012 | BNYM_PF_00000001 - 13 | Partial response to Request No. 18 of Plaintiffs' First Set of Requests for Documents (exception reports in Excel format). | 13 | 13 | 13 |
| Monday, March 12, 2012 | BNYM_PF_00000014 - 31060 | Partial response to Request No. 3 of Plaintiffs' First Set of Requests for Documents (production consists of emails and their attachments). | 496 | 31,047 | 39 |
| Monday, April 16, 2012 | BNYM_PF_00031061 - 98 | Production of two randomly selected samples, with redactions, of categories of spreadsheets (and their accompanying "family members") that present significant review and redaction issues. 3 Categories: Tickler reports, data for trusts and Loan Level Data. | 29 | 38 | 21 |
| Wednesday, April 18, 2012 | BNYM_PF_00031099 - 32814 | Partial response to Plaintiffs' First Set of Requests for Documents - production consisting of emails and their attachments. | 146 | 1,716 | 12 |
| Tuesday, May 08, 2012 | BNYM_PF_00032815 - 34579 | Partial response to Plaintiffs' First Set of Requests for Documents - production consisting of emails and their attachments. | 419 | 1,765 | 203 |
| Thursday, June 07, 2012 | BNYM_PF_00034580 - 41083 | Partial response to Plaintiffs' First Set of Requests for Documents - production consisting of emails and their attachments. | 397 | 6,504 | 199 |
| Friday, July 06, 2012 | BNYM_PF_00041084 - 46998 | Partial response to Plaintiffs' First Set of Requests for Documents - production consisting of emails and their attachments. | 1,195 | 5,915 | 684 |
| Thursday, August 30, 2012 | BNYM_PF_00046999 - 51310 | Partial response to Plaintiffs' First Set of Requests for Documents - production consisting of emails and their attachments. | 393 | 4,312 | 63 |
| Wednesday, October 10, 2012 | BNYM_PF_00051311 - 60295 CLAWED BACK BNYM_PF_00057981-984; 986-988 | Partial response to Plaintiffs' First Set of Requests for Documents - production consisting of emails and their attachments. Additionally, as indicated in BNYM's July 17, 2012 letter, produced slip pages labeled "Unduly Burdensome" in lieu of redacting and producing certain spreadsheets. | 3,499 | 8,985 | 397 |
| Friday, October 26, 2012 | BNYM_PF_0060296 - 92199 CLAWED BACK | Partial response to Plaintiffs' First Set of Requests for Documents - production consisting of emails and their attachments. Additionally, as indicated in BNYM's July 17, 2012 letter, produced slip pages labeled "Unduly Burdensome" in lieu of redacting and producing certain Excel spreadsheets. | | | |
| Monday, November 12, 2012 | BNYM_PF_0060296 - 92199 | This production replaces in its entirety the document production labeled Production 10 originally made on October 26, 2012. | 7,320 | 31,904 | 234 |
| Monday, November 05, 2012 | BNYM_PF_00092200 - 120301 | Partial response to Plaintiffs' First Set of Requests for Documents - production consisting of emails and their attachments. Additionally, as indicated in BNYM's July 17, 2012 letter, produced slip pages labeled "Unduly Burdensome" in lieu of redacting and producing certain Excel spreadsheets. | 10,211 | 28,102 | 533 |
| Tuesday, November 06, 2012 | BNYM_PF_00120302 - 150082 Production contains hard copies from Bank's shared drives BNYM_PF_00136336 - 139050; BNYM_PF_00139064 - 140322 | Partial response to Plaintiffs' First Set of Requests for Documents - production consisting of emails and their attachments. Additionally, as indicated in BNYM's July 17, 2012 letter, produced slip pages labeled "Unduly Burdensome" in lieu of redacting and producing certain Excel spreadsheets. Includes hard copy documents. | 3,552 | 29,781 | 573 |
| Thursday, February 21, 2013 | BNYM_PF_00150083 - 153880 | Responsive documents containing redactions for privilege. | 405 | 3,798 | 19 |
| | BNYM_PF_00153881 - 163855 | Responsive documents determined not to be privileged. | 1,910 | 9,975 | 63 |
| Friday, February 22, 2013 | BNYM_PF_00163856 - 164897 | Supplemental production of documents inadvertently withheld, discovered in review of privilege log (identified on Exhibit A to the letter is privilege log entry number of each document and new Bates range for each entry). | 98 | 1,042 | 0 |

1:11-cv-05459-WHP
SDNY

Retirement Board Of The Policemen's Annuity and Benefit Fund Of The City Of Chicago v.
The Bank of New York Mellon

Defendant's
BNYM Productions

| Production Date | Bates Range | Comments | Number of Docs | Total Pages | Natives |
|---|---|---|---|---|---|
| Friday, March 29, 2013 | BNYM_PF_00164898 - 164907 | Responding to Max Schwartz's March 28, 2013 email request for a November 20, 2008 letter from counsel for BNYM to Fannie Mae. | 4 | 10 | 0 |
| | BNYM_PF_00155643-650; 809-815 & 816-822 | These documents were previously produced without proper redaction for partial protection from disclosure by attorney-client privilege, and so were replaced in redacted form. | -3 | -22 | 0 |
| | BNYM_PF_000579981-984; 986-988 | | -2 | -7 | 0 |
| Wednesday, April 10, 2013 | REPLACMENTS for BNYM_PF 00052766, BNYM_PF 00054663 & BNYM_PF 00072678 | Documents replace slip-sheets for those bates numbers. | -3 | -266 | 0 |
| Friday, June 28, 2013 | Bates ranges of replacement documents are ID in Appendix A to production cover letter (Bates ranges are from Prod 012 and 014). | Production contains documents (identified in Appendix A to the letter) for which BNYM agreed to lift certain redactions. Documents retain original Bates numbering. | -33 | -85 | 0 |
| Monday, July 15, 2013 | Bates ranges of replacement documents are ID in Appendix A to production cover letter | Production contains documents in unredacted format (identified in Appendix A to the letter) pursuant to July 2, 2013 meet and confer, and in response to Max Schwartz's July 3, 2013 email. Documents retain original Bates numbering or use suffix to original Bates numbering. | -117 | -1,064 | 35 |
| Thursday, August 01, 2013 | BNYM_PF_00164908 - 166639 | Documents from files of Martin Feig, Harold Fudali, Kimberly Lande, Loretta Lundberg, and Patrick Tadie. | 411 | 1,732 | 116 |
| Saturday, August 10, 2013 | BNYM_PF_00166640 - 173582 | Documents from files of Martin Feig, Harold Fudali, Kimberly Lande, Loretta Lundberg, and Patrick Tadie. | 678 | 6,943 | 185 |
| Sunday, August 11, 2013 | BNYM_PF_00173583 - 182922 | Continuation of documents from files of Martin Feig, Harold Fudali, Kimberly Lande, Loretta Lundberg, and Patrick Tadie. Enclosed materials substantially complete production of email communications and corresponding attachments from this review for which Loretta Lundberg was a sender or recipient. | 958 | 9,340 | 242 |
| | BNYM_PF 00182923 - 197426 | | 1,000 | 14,504 | 166 |
| | BNYM_PF_00197427 - 198942 | Documents from files of Martin Feig, Harold Fudali, Kimberly Lande, Loretta Lundberg, and Patrick Tadie. | 139 | 1,516 | 41 |
| Friday, August 16, 2013 | Reproduction of BNYM_PF 00078505 UNREDACTED | | 1 | 1 | 1 |
| Friday, August 23, 2013 | Appendix A - contains documents which Defendants have agreed to lift certain redactions, will retain its original Bates numbering so that it may replace the previously produced version in production records. | Responding to Max Schwartz's June 10, 2013 request to revisit privilege designations of documents identified on privilege log. Specifically contains documents where BNYM agreed to lift certain redactions. | -54 | -151 | 0 |
| | BNYM PF 00198943 - 198956 Appendix B to this letter were previously withheld for privilege and accordingly are being produced with new Bates numbering. | | 03 | 14 | 0 |

1:11-cv-05459-WHP
SDNY

Retirement Board Of The Policemen's Annuity and Benefit Fund Of The City Of Chicago v.
The Bank of New York Mellon

Defendant's
BNYM Productions

| Production Date | Bates Range | Comments | Number of Docs | Total Pages | Natives |
|---|---|---|---|---|---|
| Monday, September 16, 2013 | (i) Repurchase Tracking Spreadsheet - Bates labeled BNYM_PF 00055934; and | The so-called "repurchase tracking spreadsheet" that is identical to the document designated as "Cerchio Exhibit 14" during Michael Cerchio's August 22, 2013 deposition. Spreadsheet original produced in slip-sheeted format on October 10, 2012 as attachment to BNYM_PF_00055933. | 1 | 1 | 1 |
|  | (ii) an email and its attachment, Bates-labeled BNYM_PF_00198957 - 198959 | Identified in course of ongoing investigation as responsive to Plaintiffs' document requests. | 2 | 3 | 0 |
| Wednesday, October 23, 2013 | See production cover letter for list of 19 documents clawed back pursuant to Fed. R. Civ. P. 26(b)(5)(B). |  |  |  |  |
|  | BNYM_PF_00198960 - 199311 |  | 51 | 352 | 2 |
|  | BNYM_PF_00199312 - 199372 |  | 13 | 61 | 0 |
|  | BNYM_PF_00199373 - 200601 |  | 46 | 1,229 | 0 |
| Friday, November 15, 2013 | Re_Prod_Unredacted.zip, producing documents for certain privilege redactions were lifted. Each document contained in the enclosed production is identified in Appendix A to this letter. | These documents were sent to replace previously produced version. | 115 | 2,645 | 33 |
|  | BNYM_PF_00200602 - 200720 | Additional materials located during course of investigation. | 14 | 119 |  |
| Friday, November 22, 2013 | A copy of BNYM_PF_00000013 in unredacted format | In response to Max Schwartz's September 18, 2013 email that BNYM_PF_00000013 was previously produced and is not privileged. | 1 | 1 | 1 |
| Friday, January 03, 2014 | BNYM PF 00200721 - 201297 | Follow up to December 17, 2013 meet and confer, in which BNYM agreed to review their claims of privilege and work product protection over the documents identified in Beth Kaswan's email to Mayer Brown LLP dated December 10, 2013. These documents were previously withheld. Many still heavily or completely redacted. | 104 | 577 | 1 |
|  | Identified in Appendix A to this letter. | Follow up to December 17, 2013 meet and confer, as mentioned above. Each document contained in the enclosed production (identified in Appendix A to the letter) retains its original Bates numbering so that it may replace the previously produced version. Many still heavily or completely redacted. | -29 | -435 | 7 |
|  | BNYM_PF_00201298 - 201640 |  | 24 | 182 | 0 |
| Monday, January 13, 2014 | Identified in Appendix A to this letter. | Follow up to December 17, 2013 meet and confer, as mentioned above. Each document contained in the enclosed production (identified in Appendix A to the letter) retains its original Bates numbering so that it may replace the previously produced version. Many still heavily or completely redacted. | -10 | -343 | 0 |
| Thursday, January 15, 2004 | BNYM_PF_00201641 - 248634 | Monthly reports prepared by the Trustee for the 15 RMBS trusts currently at issue in this action | 1,368 | 46,994 | 0 |