# EXHIBIT F

```
                                                                   1
     D8N8RETC

1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    RETIREMENT BOARD OF THE
3    POLICEMEN'S ANNUITY AND BENEFIT
4    FUND OF THE CITY OF CHICAGO,
4    et al.,
5
5                 Plaintiffs,
6
6            v.                            11 Cv. 5459 (WHP)
7
7    THE BANK OF NEW YORK MELLON,
8
8                 Defendant.
9
9    ------------------------------x
10
10                                         August 23, 2013
11                                         11:10 a.m.
11
12   Before:
12
13               HON. WILLIAM H. PAULEY III
13
14                                         District Judge
14
15                    APPEARANCES


15
16   SCOTT & SCOTT
16        Attorneys for Plaintiffs
17   BY:  WILLIAM C. FREDERICKS

17
18   MAYER BROWN LLP
18        Attorneys for Defendant
19   BY:  CHRISTOPHER J. HOUPT
19        MICHAEL MARTINEZ
20        LAURA GRAHAM
21
21
22
22
23
24
25
                 SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

```
                                                                    17
     D8N8RETC
 1   week.
 2            MR. FREDERICKS:  Your Honor, I would think we would
 3   probably want a similar amount of time.
 4            THE COURT:  You don't want to infringe on his vacation
 5   and he won't infringe on yours.  Let me just pick a briefing
 6   schedule then for the case.
 7            Do you want to file it on September 30?
 8            MR. HOUPT:  That sounds good.
 9            THE COURT:  Make it October 1.  Tuesday, October 1.
10            How much time would you like to oppose it?
11            MR. FREDERICKS:  Four weeks, 30 days.  You have the
12   calendar there?
13            THE COURT:  I do.  Why don't you respond on October
14   31.  And give me any reply by November 12.
15            I will set this matter down for an oral argument on
16   December 6 at 12 noon.
17            MR. FREDERICKS:  The only comment I would have is that
18   we are trying to wrap up discovery within the existing
19   deadline.  We are in the process of continuing to take
20   discovery relevant to this motion, and we obviously feel that
21   we should be allowed to clean that up and to moot any issue
22   that defendants might have that this is going to require a lot
23   of additional fact discovery.
24            THE COURT:  On the issue of expert discovery, I would
25   expect that if that's going to become an issue, you will raise
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                     18
     D8N8RETC
1    it with me, but I do think that discovery should continue apace

2    and if despite everyone's good efforts you need some modest

3    additional period to complete discovery, but this motion should

4    not be a showstopper on discovery.

5              MR. FREDERICKS:  I appreciate the clarification.

6              MR. HOUPT:  We haven't started expert discovery yet.

7              THE COURT:  Anything further?

8              MR. HOUPT:  No, your Honor.

9              MR. FREDERICKS:  No.

10             THE COURT:  Thank you.  The arguments are always well

11   presented by counsel so it's a pleasure to have you down here.

12             Have a good weekend.

13             (Adjourned)

14

15

16

17

18

19

20

21

22

23

24

25

                      SOUTHERN DISTRICT REPORTERS, P.C.

                                (212) 805-0300
```