# EXHIBIT 10

Page 1

1
2    UNITED STATES DISTRICT COURT
3    SOUTHERN DISTRICT OF NEW YORK
4    No. 1:11-cv-05459 (WHP)
     ----------------------------------x
5
     RETIREMENT BOARD OF THE POLICEMEN'S
6    ANNUITY AND BENEFIT FUND OF THE
     CITY OF CHICAGO, et al.
7    (On Behalf of Themselves and
     Similarly Situated Certificate
8    Holders),
9                              Plaintiffs,
10           -against-
11   THE BANK OF NEW YORK MELLON
     (as Trustee Under Various
12   Pooling and Servicing
     Agreements),
13
                             Defendant.
14
     ----------------------------------x
15
                             405 Lexington Avenue
16                           New York, New York
17                           August 15, 2013
                             9:35 a.m.
18
19           30(b)(6) VIDEOTAPED DEPOSITION of
20   BANK OF NEW YORK MELLON and its
21   Representative LORETTA A. LUNDBERG, held at
22   the aforementioned time and place, before
23   Sherri Flagg, a Registered Professional
24   Reporter, Certified LiveNote Reporter, and
25   Notary Public.

Page 221

1              BNY MELLON/LUNDBERG
2    they would have been -- included legal.
3         Q.   Well, when you say "if there
4    were," were there discussions and you are
5    refusing to answer under an assertion of the
6    attorney-client privilege?
7              MR. INGBER:  I'll instruct
8         Ms. Lundberg that she can answer the
9         question whether there were discussions
10        about a particular topic.  And we'll
11        take it from there.
12        A.   From 2009 on, there were many
13   discussions within the corporate trust
14   division concerning Countrywide.  I cannot
15   recall all the topics and most of them, if
16   not all of them, involved our legal division
17   when we did talk about them.
18        Q.   When you say most of them involved
19   your legal division, were you or others at
20   Bank of New York Mellon requesting legal
21   advice, or did they simply sit in on
22   executive and administrative meetings?
23        A.   No, we would have been requesting
24   legal advice.
25        Q.   And who was at those meetings?

1               BNY MELLON/LUNDBERG
2       A.    When we were requesting legal
3   advice?
4       Q.    Yes.  When you were discussing
5   Countrywide and Bank of New York
6   Mellon's obligations with respect to
7   repurchases.
8               MR. INGBER:  I don't think -- I
9           don't know if there was testimony along
10          those lines.  Ms. Lundberg didn't
11          identify specific topics.  You're
12          allowed to ask about specific topics
13          and she can answer yes or no about
14          whether they were discussed.
15              I just want the record to be
16          clear.  She testified that there were
17          discussions generally with counsel.
18          You made it more specific so we should
19          be clear about what we're asking.
20      Q.    Let me ask it differently:  Were
21  there discussions at Bank of New York Mellon
22  about whether Bank of New York Mellon should
23  be acting proactively to protect the trusts?
24      A.    I don't recall that particular
25  conversation.  Again, there were

1          BNY MELLON/LUNDBERG
2   conversations about Countrywide over the
3   course of the subsequent years from about
4   2009 forward.  If they were of a nature of
5   our duties, that was conversations that we
6   discussed and sought advice from the legal
7   division.
8          Q.   Did you discuss whether Bank of
9   New York Mellon itself should be demanding
10  repurchases in the private securitization
11  trusts between November 2008 forward?
12          MR. INGBER:  Asked and answered.
13          A.   I don't have a specific
14  recollection.  But anything regarding a duty
15  under an obligation would have been
16  discussed with legal and/or outside counsel.
17          Q.   But you don't recall any such
18  discussions sitting here today?
19          A.   I recall talking about Countrywide
20  and related issues very much from 2009
21  forward.
22          Q.   Did you have any discussions with
23  anybody at Fannie Mae or Fannie Mae's
24  counsel involving whether Bank of New York
25  Mellon should be proceeding to enforce