UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
RETIREMENT BOARD OF THE                   :       11cv5459
POLICEMEN'S ANNUITY AND                   :
BENEFIT FUND OF THE CITY                  :       ORDER
OF CHICAGO, et al.,                       :
                                          :
            Plaintiffs,                   :
                                          :
      -against-                           :
                                          :
THE BANK OF NEW YORK MELLON,              :
                                          :
            Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2014

WILLIAM H. PAULEY III, District Judge:

      This Court has conducted an in camera review of 50 documents selected by Plaintiffs' counsel from Defendant's privilege log. On March 7, 2014, The Bank of New York Mellon submitted those documents together with attachments comprising a total of 130 documents. To complete its review, this Court directs The Bank of New York Mellon to provide a further, ex parte explanation by July 14, 2014 for its assertion of the attorney-client privilege over the following:

| Tab No. | Privilege Log No. | Starting Bates | Ending Bates |
| --- | --- | --- | --- |
| 14 | 150 | BNYM_PF_PRIV_00013661 | BNYM_PF_PRIV_00013665 |
| 14A | 150 | BNYM_PF_PRIV_00013666.0001 | BNYM_PF_PRIV_00013666.0002 |
| 14C | 150 | BNYM_PF_PRIV_00013668.0001 | BNYM_PF_PRIV_00013668.0003 |
| 20 | 179 | BNYM_PF_PRIV_00015003 | BNYM_PF_PRIV_00015005 |
| 20A | 179 | BNYM_PF_PRIV_00015006 | BNYM_PF_PRIV_00015009 |

Dated: July 3, 2014
      New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                             U.S.D.J

*Counsel of Record:*

David R. Scott, Esq.
Beth A. Kaswan, Esq.
Deborah Clark-Weintraub, Esq.
Joseph P. Guglielmo, Esq.
Max R. Schwartz, Esq.
Scott & Scott, LLC
500 Fifth Avenue, 40th floor
New York, NY 10110

Anne L. Box, Esq.
Scott & Scott, LLP
707 Broadway, Suite 1000
San Diego, CA 92101

Geoffrey M. Johnson, Esq.
Scott & Scott, LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106

William C. Fredericks, Esq.
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
*Counsel for Plaintiffs*

Matthew D. Ingber, Esq.
Paula G. Lin, Esq.
Christopher J. Houpt, Esq.
Michael Martinez, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

James H. Forte, Esq.
Saiber Schlesinger Satz & Goldstein, LLC
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
*Counsel for Defendant*