UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

RETIREMENT BOARD OF THE
POLICEMEN'S ANNUITY AND
BENEFIT FUND OF THE CITY
OF CHICAGO, *et al.*,

           Plaintiffs,

-against-

THE BANK OF NEW YORK MELLON,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

11cv5459

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2014

WILLIAM H. PAULEY III, District Judge:

        On February 14, 2014, this Court directed Defendant to submit fifty documents, selected by Plaintiffs, from Defendant's privilege log for this Court for <u>in camera</u> review. Order, at 1, ECF No. 139. This Court has reviewed those fifty documents and their attachments.

        After careful review, this Court concludes that the following documents are not privileged:

| Tab No. | Privilege Log No. | Starting Bates | Ending Bates |
|---|---|---|---|
| 15 | 154 | BNYM_PF_PRIV_00013684 | BNYM_PF_PRIV_00013685 |
| 16 | 160 | BNYM_PF_PRIV_00013817 | BNYM_PF_PRIV_00013819 |
| 17 | 161 | BNYM_PF_PRIV_00014044 | BNYM_PF_PRIV_00014045 |
| 20A | 179 | BNYM_PF_PRIV_00015006 | BNYM_PF_PRIV_00015009 |
| 25 | 310 | BNYM_PF_PRIV_00017545 | BNYM_PF_PRIV_00017549 |
| 35 | 471 | BNYM_PF_00169874 | BNYM_PF_00169875 |
| 35A | 471 | BNYM_PF_00169880 | BNYM_PF_00169882 |

Next, only certain portions of the following documents are privileged. Accordingly, BNYM may redact the material set forth below:

| Tab No. | Privilege Log No. | Starting Bates | Ending Bates |
|---|---|---|---|
| 18 | 165 | BNYM_PF_PRIV_00014055<br>The paragraph beginning "By way of background" and including the subparagraphs for Tab 1 and Tab 2. | BNYM_PF_PRIV_00014056 |
| 19 | 176 | BNYM_PF_PRIV_00014080<br>On BNYM_PF_PRIV_00014082, the fifth full paragraph beginning with the words "On the H-BNY book." | BNYM_PF_PRIV_00014082 |
| 19A | 176 | BNYM_PF_PRIV_00014083<br>In cell C1 on pages BNYM_PF_PRIV_00014084 to BNYM_PF_PRIV_00014106, the last sentence in the parenthetical should be redacted. | BNYM_PF_PRIV_00014382 |
| 19B | 176 | BNYM_PF_PRIV_00014383<br>In cell C1 on page BNYM_PF_PRIV_00014383, the last sentence in the parenthetical should be redacted. | BNYM_PF_PRIV_00014540 |
| 19C | 176 | BNYM_PF_PRIV_00014541<br>In cell C1 on page BNYM_PF_PRIV_00014541, the last sentence in the parenthetical should be redacted. | BNYM_PF_PRIV_00014698 |
| 19D | 176 | BNYM_PF_PRIV_00014699<br>In cell C1 on pages BNYM_PF_PRIV_00014700 to BNYM_PF_PRIV_00014732, the last sentence in the parenthetical should be redacted. | BNYM_PF_PRIV_00014998 |

Finally, certain redacted portions of otherwise non-privileged documents are themselves not privileged. They are as follows:

| Tab No. | Privilege Log No. | Starting Bates | Ending Bates |
|---|---|---|---|
| 10 | 107 | BNYM_PF_00200871<br>The subject line of the three emails at BNYM_PF_00200871 and the subject line of the top email at BNYM_PF_00200872. | BNYM_PF_00200875 |
| 48 | 874 | BNYM_PF_00199176<br>The subject line of the top email and the first sentence of the second email beginning after "Hi Melissa" at BNYM_PF_00199176. | BNYM_PF_00199180 |
| 42 | 663 | BNYM_PF_00185926<br>The second redacted sentence. | BNYM_PF_00185926 |

All remaining documents were appropriately withheld or redacted.

Defendant is directed to produce these unredacted materials in accord with this Order by August 28, 2014. This Court will hold a status conference on September 3, 2014 at 12:00 p.m. to discuss whether additional in camera review of documents is necessary and whether discovery should be reopened.

Dated: August 18, 2014
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J

*All Counsel of Record*