

SCOTT
+
SCOTT

**WILLIAM C. FREDERICKS**

**Writer's Direct Dial Number**
**(646) 582-0123**

**Writer's Direct Email Address**
**wfredericks@scott-scott.com**

October 31, 2014

**VIA ECF AND HAND DELIVERY**

Hon. William H. Pauley
United States District Court Judge
United States Courthouse, 500 Pearl Street
New York, NY 10007-1312

    Re:   *Retirement Board v. The Bank of New York Mellon*, No. 11-cv-5459 (WHP)

Dear Judge Pauley:

    Pursuant to Your Honor's September 3rd instruction, §III(A)(iv) of the Court's Individual Practices, and L. Civ. R. 37.2, the parties to the above-captioned case jointly submit this letter providing an update on the discovery disputes between the parties. The parties have been able to resolve their disputes over Plaintiffs' request to compel the Bank of New York Mellon ("BNYM") to produce certain documents requested in Plaintiffs' 4th Set of Document Requests and have also reached an agreement in principle regarding the subpoena issued to Robert Bailey. In addition, the Plaintiffs have agreed to provide updated responses to certain interrogatories so the parties do not raise those matters with the Court at this time.

    Plaintiffs note that they are presently following up on a separate outstanding discovery matter not involving BNYM, but involving third-party Bank of America. Plaintiffs hope to resolve that dispute shortly, and will advise the Court promptly in the event that that dispute cannot be amicably resolved.

**NEW YORK**        SCOTT+SCOTT, ATTORNEYS AT LAW, LLP        212-223-6444 VOICE

OHIO                  THE CHRYSLER BUILDING             212 223-6334 FAX

CALIFORNIA      405 LEXINGTON AVENUE, 40th FLOOR     SCOTTLAW@SCOTT-SCOTT.COM

CONNECTICUT     NEW YORK, NY 10174-4099          WWW.SCOTT-SCOTT.COM

October 31, 2014
Page 2

Respectfully Submitted,

SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
*/s/ William C. Fredericks*
William C. Fredericks
Beth Kaswan
Max R. Schwartz
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel: (212) 223-9360
Fax: (212) 223-6334

*Counsel for Plaintiffs*

MAYER BROWN LLP

*/s/ Michael Martinez*
Michael Martinez
Matthew D. Ingber
Paula Garrett Lin
Christopher J. Houpt
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Defendant*