UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETIREMENT BOARD OF THE POLICEMEN'S ANNUITY AND BENEFIT FUND OF THE CITY OF CHICAGO, et al. (on Behalf of Themselves and Similarly Situated Certificate Holders),<br><br>       Plaintiffs,<br><br> - against-<br><br>THE BANK OF NEW YORK MELLON (as Trustee Under Various Pooling and Servicing Agreements),<br><br>       Defendant. | Civil Action No. 1:11-cv-05459 (WHP) |

## NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER OF DISMISSAL

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiffs Retirement Board of the Policemen's Annuity and Benefit Fund of the City of Chicago, City of Grand Rapids General Retirement System, and City of Grand Rapids Police and Fire Retirement System (collectively, "Plaintiffs") will move this Court, before the Honorable William H. Pauley, at the courthouse located at 500 Pearl Street, New York, New York, for an Order, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, seeking voluntary dismissal of Plaintiffs' remaining claims, with respect to the named Plaintiffs only (but otherwise without prejudice), without any award of fees, costs, or expenses, and with all parties to bear their own attorneys' fees, costs, and other expenses in connection with the action.

Dated: August 8, 2016
    New York, New York

                 SCOTT+SCOTT,
                 ATTORNEYS AT LAW, LLP

               By: /s/ Beth A. Kaswan_____
                 Beth A. Kaswan

2

        William C. Fredericks
        Max R. Schwartz
        The Helmsley Building
        230 Park Avenue, 17th Floor
        New York, NY 10169
        Telephone:  (212) 223-6444
        Facsimile:  (212) 223-6334
        bkaswan@scott-scott.com
        wfredericks@scott-scott.com
        mschwartz@scott-scott.com

*Counsel for Plaintiffs*

**TO:**    Matthew D. Ingber
        Christopher J. Houpt
        **MAYER BROWN LLP**
        1221 Avenue of the Americas
        New York, NY 10020-1001

        *Attorneys for Defendant BNYM*